ALEXANDER A. FORMAN, JR., Appellant, *v.* IDA BERENSON et al., Defendants, and LOUIS SCHLANSKY, Respondent.

*Appeal — unanimous affirmance — motion to dismiss granted.*

*Forman v. Berenson,* 209 App. Div. 822, appeal dismissed.

(Submitted February 2, 1925; decided February 25, 1925.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1924, unanimously affirming a judgment in favor of defendant, respondent, entered upon a dismissal of the complaint on trial at Special Term.

The motion was made upon the **ground that** permission to appeal had not been obtained.

*Jacob W. Block* for motion.

*Alexander A. Forman, Jr.,* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

-----

FRANK BROWNELL, Respondent, *v.* THE BOARD OF EDUCATION OF THE INSIDE TAX DISTRICT OF THE CITY OF SARATOGA SPRINGS, Appellant.

(Submitted February 2, 1925; decided February 25, 1925.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements.   (See 239 N. Y. 369.)